UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, AARON J. WESTRICK, Ph.D., | ) ) ) | Civil Action No. 04-0280 (PLF) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| SECOND CHANCE BODY ARMOR, INC., <u>et al.</u>, | ) ) ) | |
| Defendants. | ) ) ) | |

MEMORANDUM OPINION AND ORDER

Pending before the Court are fourteen <u>motions in limine</u> with respect to the admission or exclusion of expert testimony by two former corporate executives who are <u>pro se</u> defendants, and twelve proffered expert witnesses.

The United States requests a <u>Daubert</u> hearing with live testimony with respect to three of the proffered experts: Allen L. Price, Bradley S. Field, and Dr. Kazuyuki Yabuki. <u>See</u> October 12, 2017 Hearing Transcript at 9:19-21 [Dkt. No. 491]. The United States further stated at the October 12, 2017 status hearing that it "probably" did not need a <u>Daubert</u> hearing with respect to Herbert Heuchert and Robert Nowak. <u>Id</u>. at 9:24-25. With respect to the remaining experts, the United States is prepared to rest on the papers. <u>Id</u>. at 10:11-14. Counsel for Toyobo stated that he saw no need for any <u>Daubert</u> hearings and suggested that the Court decide the admissibility of the experts' testimony on the papers. <u>Id</u>. at 18:1-6. Accordingly, it is hereby

ORDERED that on or before January 5, 2018, counsel shall file a joint report identifying which witnesses either side wishes to have testify at a <u>Daubert</u> hearing before the

Court in addition to Mr. Price, Mr. Field, and Dr. Yabuki, and how much time is estimated for the testimony of each witness; and it is

FURTHER ORDERED that the parties shall agree upon two of the following dates for the presentation of witness testimony and oral argument with respect to the pending Daubert motions:

Wednesday, January 10, 2018 beginning at 10:00 a.m.;

Tuesday, January 16, 2018 beginning at 10:00 a.m.;

Monday, January 22, 2018 beginning at 11:00 a.m.;

Tuesday, January 23, 2018 beginning at 11:00 a.m.;

Thursday, January 25, 2018 beginning at 11:00 a.m.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 28, 2017